IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JAMIE TAFT FRANCIS, | § |
| *Plaintiff*, | § |
| v. | §  CIVIL ACTION NO. 1:24-CV-00031-CLS |
| JAIR ARMENDARIZ and ENV TRUCKING, LLC, | § |
| *Defendants*. | § |

## ORDER GRANTING JOINT MOTION TO DISMISS

On June 6, 2025, Plaintiff Jamie Taft Francis and Defendants Jair Armendariz and ENV Trucking, LLC submitted a Joint Motion to Dismiss (doc. #31), which the court construes as the parties' stipulation to a voluntary dismissal with prejudice of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The motion is signed by all parties to the case. (*Id.*)

After review, the parties' Joint Motion to Dismiss (doc. #31) is **GRANTED**. It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** pursuant to the parties' Joint Motion to Dismiss. Each party is to bear its own cost of court and attorney's fees. The clerk is directed to close the case and deny all pending motions as moot.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** this the 11th day of June, 2025.

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE